# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-8450-CBM(AGRx) | Date | August 27, 2013 |
|---|---|---|---|
| Title | American Federation of Musicians of the United States and Canada, AFL-CIO v. NBC Universal Foundation et al | | |

| Present: The Honorable | **ALICIA G. ROSENBERG, UNITED STATES MAGISTRATE JUDGE** |
|---|---|

| J. Yerke | CS 8/27/13 | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Daniel R. Barth, Esq. | Mark A. Wasserman, Esq. |
| Lewis N. Levy, Esq. | Russell J. Frackman, Esq. |
| Jennifer P. Garner, Esq. | |

**Proceedings:**   Settlement Conference

The case was called. Daniel R. Barth, Esq., Lewis N. Levy, Esq., and Jennifer P. Garner, Esq., appeared on behalf of Plaintiff. Plaintiff's representative Richard Gabriel was also present. Mark A. Wasserman, Esq., and Russell J. Frackman, Esq., appeared on behalf of Defendants. Defendants' representatives, David L. Burg and Janice Miller, were also present.

The settlement conference is conducted off the record.

A settlement has been reached in this case. The parties shall file a Stipulation re Dismissal with the Court by no later than **Friday, October 11, 2013.** If the Stipulation re Dismissal is not filed by that date, counsel are to contact Marine Pogosyan, Courtroom Deputy Clerk to Judge Rosenberg, at (213) 894-5419 to notify the Court as to why the settlement has not been finalized.

cc: District Judge Consuelo B. Marshall

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-8450-CBM(AGRx) | Date | August 27, 2013 |
|---|---|---|---|
| Title | American Federation of Musicians of the United States and Canada, AFL-CIO v. NBC Universal Foundation et al | | |

|  | 3 | : | 30 |
|---|---|---|---|
| Initials of Preparer | jy | | |