RUSSELL J. FRACKMAN (SBN 49087), rjf@msk.com
MARK A. WASSERMAN (SBN 098811), maw@msk.com
DANIEL A. KOHLER (SBN 285501), dxk@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000; Facsimile: (310) 312-3100
**Attorneys for Defendants**

LEWIS N. LEVY, ESQ. (SBN 105975), lnlevy@lsflaw.com
DANIEL ROBERT BARTH (SBN 274009), dbarth@lsflaw.com
LEVY, FORD & WALLACH
3619 Motor Avenue
Los Angeles, CA 90034
Tel. (213) 380-3140; Fax. (213) 480-3284
**Attorneys for Plaintiff American Federation of Musicians**

JENNIFER P. GARNER, ESQ., jgamer@afm.org
(Appearing Pro Hac Vice)
AMERICAN FEDERATION OF MUSICIANS
OF THE UNITED STATES AND CANADA, AFL-CIO
1501 Broadway, Suite 600
New York, New York 10036
Tel. (212) 869-1330 Ext. 290; Fax. (212) 768-7452
**Attorneys for Plaintiff American Federation of Musicians**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA, AFL-CIO, a labor organization,<br><br>Plaintiff,<br>v.<br><br>NBC UNIVERAL FOUNDATION, a California corporation, et al.,<br><br>Defendants. | CASE NO. 12 CV 8450 CBM (AGRx)<br><br>Honorable Consuelo B. Marshall<br><br>**STIPULATION TO DISMISS CIVIL ACTION WITH PREJUDICE**<br><br>Complaint Filed: October 5, 2012<br>Trial Date: January 7, 2014 |

1    IT IS HEREBY STIPULATED pursuant to Rule 41(a)(1) of the Federal
2  Rules of Civil Procedure by and among all the parties to this action through their
3  respective undersigned attorneys of record as follows:
4    The above-captioned civil action is hereby dismissed with prejudice, without
5  costs or attorneys' fees against any party.

7  DATED: October 7, 2013

RUSSELL J. FRACKMAN
MARK A. WASSERMAN
DANIEL A. KOHLER
MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Mark A. Wasserman
MARK A. WASSERMAN
Attorneys for Defendants

13  DATED: October 4, 2013

LEWIS N. LEVY
DANIEL ROBERT BARTH
LEVY, FORD & WALLACH

By: /s/ Lewis N. Levy
LEWIS N. LEVY
Attorneys for Plaintiff American Federation
Of Musicians Of The United States And
Canada, AFL-CIO

20  DATED: October 7, 2013

JENNIFER P. GARNER, ESQ.
AMERICAN FEDERATION OF MUSICIANS
OF THE UNITED STATES AND CANADA,
AFL-CIO

By: /s/ Jennifer P. Garner
JENNIFER P. GARNER
Attorneys for Plaintiff American Federation
Of Musicians Of The United States And
Canada, AFL-CIO

Mitchell Silberberg & Knupp LLP
5594713.1

1
STIPULATION TO DISMISS CIVIL ACTION WITH PREJUDICE