1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA, AFL-CIO, a labor organization,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NBC UNIVERAL FOUNDATION, a California corporation, et al.,<br><br>　　　　Defendants. | CASE NO. 12 CV 8450 CBM (AGRx)<br><br>Honorable Consuelo B. Marshall<br><br>**ORDER DISMISSING CIVIL ACTION WITH PREJUDICE [JS-6]**<br><br>Complaint Filed: October 5, 2012<br>Trial Date: January 7, 2014 |
|---|---|

5594858.1

**ORDER DISMISSING CIVIL ACTION WITH PREJUDICE**

1  After consideration of the parties' Stipulation to Dismiss Civil Action with
2  Prejudice, and good cause having been shown:
3
4  IT IS ORDERED that this action is dismissed with prejudice, without costs
5  or attorneys' fees against any party.
6
7  DATED: October 8, 2013   _____
8                           HONORABLE CONSUELO B. MARSHALL
                            UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5594858.1

1

**ORDER DISMISSING CIVIL ACTION WITH PREJUDICE**